UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>MICHELLE CLAY<br><br>Debtor(s) | Case No. 09-07964 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/10/2009.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 08/07/2009.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,005.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,005.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $576.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $53.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $630.00

Attorney fees paid and disclosed by debtor:   $26.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| ALLIED INTERSTATE | Unsecured | 569.05 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 786.71 | NA | NA | 0.00 | 0.00 |
| ASSETCARE INC | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| ASTHMA & ALLERGY CARE CENTER | Unsecured | 2,292.00 | NA | NA | 0.00 | 0.00 |
| BENNETT & DELONEY | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| BONDED COLLECTION CORP | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| BONDED COLLECTION CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BONDED COLLECTION CORP | Unsecured | 444.67 | NA | NA | 0.00 | 0.00 |
| CALIRERAD ASSOC | Unsecured | 759.16 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV II LLC | Unsecured | 256.97 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 439.46 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 225.47 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 140.40 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 2,163.73 | NA | NA | 0.00 | 0.00 |
| CRA SECURITY SYSTEM | Unsecured | 94.40 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Unsecured | 123.92 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 476.23 | NA | NA | 0.00 | 0.00 |
| EYE BOUTIQUE & DOCTORS EYE | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| FARAH TURK | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BK | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| FORTE COMMUNICATIONS | Unsecured | 370.85 | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Secured | 10,447.00 | NA | NA | 375.00 | 0.00 |
| GC SERVICE LIMITED PARTNERSHIP | Unsecured | 241.16 | NA | NA | 0.00 | 0.00 |
| GOGGINS & LAVINTMAN | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | Priority | 508.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGY | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICE | Unsecured | 32.37 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| MTI IL | Unsecured | 66.24 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,365.63 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,404.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,069.97 | NA | NA | 0.00 | 0.00 |
| OXFORD MGMT SERVICES | Unsecured | 582.35 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,098.08 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 398.02 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 2,715.78 | NA | NA | 0.00 | 0.00 |
| PAYTEK | Unsecured | 489.16 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 9.99 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE CO | Unsecured | 656.38 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 99.80 | NA | NA | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PROVENA HEALTH CTR FOR DIAG | Unsecured | 1,022.29 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 205.62 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 56.49 | NA | NA | 0.00 | 0.00 |
| ROBERT M BOYACK | Unsecured | 1,321.60 | NA | NA | 0.00 | 0.00 |
| ROBERT R MUCCI | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM | Unsecured | 38.92 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CO | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| SOUTHEAST JOLIET SANITARY DIST | Unsecured | 122.07 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST RECOVERY | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH MEDICAL CENTER | Unsecured | 7.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN CHICAGO NEWSPAPER | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| SW RECOVERY | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 63.93 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 57.13 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 372.93 | NA | NA | 0.00 | 0.00 |
| TSI TELEPHONE | Unsecured | 55.97 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 11.99 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CHECKING | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY HEALTH C U | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY MEDICAL ASSOCIATE | Unsecured | 537.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 267.13 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $375.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$375.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $630.00 |
| Disbursements to Creditors | $375.00 |
| **TOTAL DISBURSEMENTS** : | **$1,005.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/09/2009                    By: /s/ Glenn Stearns
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**